UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY DHALIWAL, | No. 2:25-cv-3101 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is proceeding in this case in pro se. The case has accordingly been referred to the magistrate judge for pre-trial purposes by E.D. Cal. R. ("Local Rule") 302(c)(21). On October 27, 2025, plaintiff filed the complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On February 12, 2026, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute. ECF No. 3. Plaintiff did not file an amended complaint, and the court issued an order requiring plaintiff to show cause by April 8, 2026 why the case should not be dismissed for failure to prosecute. ECF No. 4.

Plaintiff responded on April 6, 2026, and submitted a motion for a 60-day extension of time to file an amended complaint. ECF No. 6. Plaintiff requested, as an accommodation due to his disabilities, that the court serve him at both his physical mailing address and at the email address rd2579@hotmail.com. In light of plaintiff's pro se status, the court will grant the

requests and discharge the order to show cause.

For good cause shown, IT IS HEREBY ORDERED that:

1. The order to show cause is DISCHARGED;

2. Plaintiff's motion for an extension of time (ECF No. 6) is GRANTED, and plaintiff shall file an amended complaint by June 8, 2026;

3. The Clerk of Court is DIRECTED to send plaintiff papers both at his physical address and at the email address rd2579@hotmail.com; and

4. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: April 9, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2